UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Friedrich Lu, Plaintiff            )  Civil Action No
         v                         )
George Hulme,                      )
Trustees of Boston Public Library, Defendants  )

## PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

(1) Lu reiterates paragraph 7 of his complaint.

(2) One man's trash is another man's treasure. proverb.

(3) Andrew Ryan, Chuck Turner Wins a Round in Court; SJC decides City Council was too quick

to oust. Boston Globe, June 16, 2012, at B2
http://www.boston.com/Boston/metrodesk/2012/06/mass-high-court-rules-that-boston-city-council-overstepped-when-removed-chuck-turner/UuyrV23cRPxcNmfuEhi7HM/story.html
(Chester A Darling, lawyer for convicted ex-Councilor: "It is a moral and legal victory. Whenever a government abuses its authority, someone should push back")

(4) On June 14, 2012 (the day after Lu was kept from Boston Public Library (BPL)), Lu asked

Ms Nancy Grilk, "Secretary of Board" of BPL trustees, of board's address or if the board would

waive process. On June 19, to give defendants a headstart Lu emailed a draft of both complaint

and the instant motion to Ms Grilk. Lu has heard nothing back.

Plaintiff: Friedrich Lu, pro se
Signed: /s/
Date: June 21, 2012
Email address; x2flu@yahoo.com
Telephone number: none
Address: Pine Street Inn, 444 Harrison Avenue, Boston, MA 02118